HARVEY CHURCH, Appellant, *v.* JONATHAN W. FREEMAN, impleaded, etc., Respondent.

(Argued September 30, 1871; decided January term, 1872.)

ACTION for an accounting between partners. Defence, settlement. Decided upon the facts in the case.

*R. W. Van Pelt* for the appellant.

*J. H. Reynolds* for the respondent.

EARL, C., reads for affirmance.
All concur.
Judgment affirmed with costs.